UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CEASAR SIERRA**,

  Plaintiff,

v.

CASE NO.: 8:24-cv-01431-TPB-AEP

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and LENDINGCLUB CORPORATION**

  Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, LENDINGCLUB CORPORATION

COMES NOW Plaintiff, Ceasar Sierra, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LendingClub Corporation have reached a settlement with regard to this case and are presently drafting and finalizing the respective settlement agreements, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 6th day of August 2024.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 6th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers
*Attorney for Plaintiff*
