UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CEASAR SIERRA**,

  Plaintiff,

v.

                                        CASE NO.: 8:24-cv-01431-TPB-AEP

**EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRAN UNION LLC, and
LENDINGCLUB CORPORATION**

  Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC. AND MOTION TO BE EXCUSED FROM INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW Plaintiff, Ceasar Sierra, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, Experian Information Solutions, Inc., have reached a settlement with regard to this case and are presently drafting and finalizing the respective settlement agreements, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Given this settlement, Plaintiff and Experian respectfully request that they be excused from attending the Initial Case Management Conference scheduled for August 28, 2024 at 9:30 a.m. (ECF No. 34).

Dated this 7th day of August 2024.

| | |
|---|---|
| **/s/Octavio Gomez** | **/s/ Maria H. Ruiz** |
| Octavio "Tav" Gomez | Maria H. Ruiz |
| Florida Bar #:0338620 | Florida Bar No. 182923 |
| Georgia Bar #: 617963 | KASOWITZ BENSON TORRES LLP |
| Pennsylvania #: 325066 | 1441 Brickell Avenue, Suite 1420 |
| The Consumer Lawyers PLLC | Miami, FL 33131 |
| 501 E. Kennedy Blvd., Ste 610 | Telephone: (786) 587-1044 |
| Tampa, FL 33602 | Facsimile: (305) 675-2601 |
| Cell: (813)299-8537 | MRuiz@Kasowitz.com |
| Facsimile: (844)951-3933 | Attorney for Defendant Experian Information Solutions, Inc. |
| Primary Email: Tav@theconsumerlawyers.com | |
| Secondary Email: Lisa@theconsumerlawyers.com | |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 7th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
The Consumer Lawyers
*Attorney for Plaintiff*