**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CEASAR SIERRA**,

  Plaintiff,

v.                                        CASE NO.: 8:24-cv-01431-TPB-AEP

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and LENDINGCLUB CORPORATION**

  Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Ceasar Sierra, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendants, Equifax Information Services LLC, Trans Union LLC, and Lendingclub Corporation (collectively herein after "Defendants"). The Defendants have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 14th day of August, 2024.

                                                    **/s/Octavio Gomez**
                                                    Octavio "Tav" Gomez
                                                    Florida Bar #:0338620
                                                    Georgia Bar #: 617963

        Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 14th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
*Attorney for Plaintiff*

2